JS-6

**UNITED STATES DISTRICT COURT**
**CENTRAL DISTRICT OF CALIFORNIA**

EMMANUEL JOSE CRUZ MALDONADO,
Petitioner,
v.
FERETI SEMAIA, et al.,
Respondents.

No. 5:26-cv-06230-BFM

**JUDGMENT**

Pursuant to the Order Denying Petition (ECF 12), IT IS HEREBY ORDERED, ADJUDGED AND DECREED that the Petition (ECF 1) is denied without prejudice. The Court directs the Clerk of Court to close this case.

DATED: 11/10/2026

HON. BRIANNA FULLER MIRCHEFF
UNITED STATES MAGISTRATE JUDGE